United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA ROBERTSON,

      Plaintiff,

  v.

AON RE INC/AON GLOBAL, et al.,

      Defendants
                                        /

No. C-09-0082 MMC

**ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION TO ELECTRONICALLY FILE DOCUMENTS**

      Plaintiff having requested leave to file documents in the above-titled action electronically, and good cause appearing therefor, plaintiff's motion is hereby GRANTED, on condition plaintiff register as an Electronic Case Filing User on the court's website. Specifically, plaintiff must follow the registration procedure set forth on the court's website at https://ecf.cand.uscourts.gov/cand/newreg/index.html. Once plaintiff completes the registration procedure and receives an e-filing password from the ECF Help Desk, plaintiff shall electronically file a notice stating she has received a password. If such notice is filed, defendants shall thereafter be relieved of their duty to serve plaintiff with paper copies of each electronically-filed document.

      **IT IS SO ORDERED.**

Dated: January 13, 2010

                                                MAXINE M. CHESNEY
                                                United States District Judge