IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA ROBERTSON, | No. C 09-0082 MMC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| AON RE INC/AON GLOBAL, et al., | |
| Defendants. / | |

On March 12, 2010, plaintiff failed to appear as ordered at a regularly scheduled Case Management Conference in the above-entitled action. Counsel for defendants appeared.

Accordingly, plaintiff is hereby ordered to show cause, in writing, filed with the Court and served on opposing counsel no later than March 26, 2010, why the case should not be dismissed for failure to prosecute.

If plaintiff fails to timely respond to this Order, the case will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: March 12, 2010

MAXINE M. CHESNEY
United States District Judge