**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CYNTHIA ROBERTSON,                          No. C-09-0028 MMC

12           Plaintiff,                          **ORDER DISCHARGING ORDER TO**
                                                 **SHOW CAUSE; CONTINUING HEARING**
13     v.                                        **ON DEFENDANTS' MOTION FOR**
                                                 **SUMMARY JUDGMENT FROM APRIL 2,**
14   AON RE INC/AON GLOBAL, et al.,              **2010 TO APRIL 16, 2010**

15           Defendant
                                        /
16

17          Before the Court is plaintiff Cynthia Robertson's Response to Order to Show Cause,

18   filed by plaintiff on March 17, 2010, in which plaintiff states that she failed to appear at the

19   March 12, 2010 Case Management Conference due to her attempts to prevent a sale of

20   her home, and further requests she be allowed to prepare a response to defendants'

21   motion for summary judgment.  In response, defendants have filed, on March 17, 2010, a

22   "Notice of Non-Opposition to Motion for Summary Judgment," in which defendants oppose

23   plaintiff's request for an extension to file opposition to defendants' motion for summary

24   judgment, and ask that their motion for summary judgment be deemed unopposed.

25          Having read and considered the above-referenced filings, the Court rules as follows:

26          1.  Based on plaintiff's showing as to the circumstances surrounding her failure to

27   appear at the March 12, 2010 Case Management Conference, the Court hereby

28   DISCHARGES the Court's March 12, 2010 order to show cause.

1       2. Because plaintiff's failure to file a timely response to defendants' motion for

2 summary judgment appears to be based on the same circumstances, the Court hereby

3 CONTINUES the hearing on defendants' motion for summary judgment from April 2, 2010

4 to April 16, 2010, to afford plaintiff an opportunity to file opposition thereto. Plaintiff's

5 opposition to defendants' motion for summary judgment must be filed on or before March

6 26, 2010. See Civil L.R. 7-3(a). As defendants point out, however, the trial date is rapidly

7 approaching. Accordingly, plaintiff is hereby advised that any further continuance of the

8 hearing date is unlikely. Plaintiff is further advised that if she fails to file a timely response

9 on or before March 26, 2010, the Court will deem defendants' motion for summary

10 judgment to be unopposed.

11     **IT IS SO ORDERED.**

12

13 Dated: March 19, 2010

                                     MAXINE M. CHESNEY

14                                   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28