IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA ROBERTSON,

        Plaintiff,

  v.

AON RE INC/AON GLOBAL, et al.,

        Defendants.
                              /

No. CV-09-0082 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** defendants' motion for summary judgment is GRANTED in part and DENIED in part as follows:

    1. To the extent the motion seeks summary judgment on the First, Second, Third, Fourth, and Fifth Causes of Action, the motion is hereby GRANTED.

    2. To the extent the motion seeks summary judgment on the Sixth Cause of Action, the motion is hereby DENIED without prejudice, and the Sixth Cause of Action, is hereby REMANDED to the Superior Court of California, in and for the County of San Francisco.

Dated: April 14, 2010

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk